## STATE FARM MUT. AUTOMOBILE INS. CO. v. DOUGHTY.

### No. 11282.

Circuit Court of Appeals, Fifth Circuit.

June 15, 1945.

H. Alva Brumfield, Jr., and Justin C. Daspit, both of Baton Rouge, La., for appellant.

James D. Womack, of Baton Rouge, La., for appellee.

Before SIBLEY, HUTCHESON, and WALLER, Circuit Judges.

WALLER, Circuit Judge.

The only question of substance involved in this case is whether or not the verdict is excessive, and a number of cases from the state courts of Louisiana are cited in support of that contention by appellant. The quantum of a verdict, however, is for the jury and the court below. This Court has no jurisdiction to correct a verdict merely because it is excessive. See Houston Coca-Cola Bottling Co. v. Kelley, 5

Cir., 131 F. 627; Swift & Co. v. Ellinor, 5 Cir., 101 F.2d 131; Lincoln v. Power, 151 U.S. 436, 14 S.Ct. 387, 38 L.Ed. 224; Herencia v. Guzman, 219 U.S. 44, 31 S.Ct. 135, 55 L.Ed. 81; and Southern Ry.-Carolina Division v. Bennett, 233 U.S. 80, 34 S.Ct. 566, 58 L.Ed. 860.

Judgment below is affirmed.